Clarence Whalen (Alias Lawrence Calloway) v. The State.

No. 8326. Decided January 30, 1924.

Robbery—Indictment—Companion Case.

Where the indictment for robbery was sufficient in form and substance the conviction is affirmed, in the absence of a statement of facts, as in a companion case. Following Arlington v. State, 8236, recently decided.

Appeal from the Criminal District Court of Dallas. Tried below before the Honorable C. A. Pippen.

Appeal from a conviction of robbery with firearm; penalty, ninety-nine years imprisonment in the penitentiary. ··

The opinion states the case.

No brief on file for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, for the State.

MORROW, Presiding Judge.—The offense is robbery with fire-arms; punishment fixed at confinement in the penitentiary for a period of ninety-nine years.

The indictment appears to have been regularly presented. It is sufficient in form and substance.

The facts are not before this court; nor are there bills of exception complaining of any ruling of the trial court or other matter reviewable on appeal.

This case is a companion to Arlington v. State, No. 8236, recently affirmed. A like disposition must be made of the present appeal.

*Affirmed.*